UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONALD J. ZYCHAL,

                        Plaintiff,

     -v.-                                                9:08-CV-0034
                                                                             (GLS)

GREENWALD, Dr., Jamesville Correctional
Facility and TIMOTHY COWIN, Commissioner,
Jamesville Correctional Facility,

                        Defendants.

---

APPEARANCES:

RONALD J. ZYCHAL
Jamesville Correctional Facility
P.O. Box 143
Jamesville, NY 13078
Plaintiff, *pro se*

GARY L. SHARPE
United States District Judge

## DECISION and ORDER

Plaintiff Ronald J. Zychal filed a *pro se* civil rights complaint on January 10, 2008, together with an *in forma pauperis* application. Dkt. Nos. 1, 2. By Decision and Order of this Court filed January 30, 2008, Zychal was directed to submit an amended complaint or his action would be dismissed.[1] Dkt. No. 6. By letter motion dated February 22, 2008, Zychal requested an extension of time to submit an amended complaint. By Order filed March 6, 2008, Zychal was granted an extension of time until April 4, 2008 to submit an amended complaint. Dkt. No. 8.

To date, Zychal has not submitted an amended complaint, nor has he requested an additional extension of time to do so. Accordingly, in accordance with this Court's January

---

[1] The January 30, 2008 Decision and Order also granted Zychal's *in forma pauperis* application. Dkt. No. 6.

30, 2008 Decision and Order, this action is **dismissed without prejudice**.

WHEREFORE, it is hereby

ORDERED that for the reasons set forth above, this action is **dismissed without prejudice**, and it is further

ORDERED, that the Clerk of the Court serve a copy of this Decision and Order on Zychal in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: May 6, 2008

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge